1  Susan M. Walker (130748)
   DENTONS US LLP
2  601 South Figueroa Street, Suite 2500
   Los Angeles, California 90017-5704
3  Telephone: (213) 623-9300
   Facsimile: (213) 623-9924
4  susan.walker@dentons.com

5  Karl M. Tilleman (*Admitted Pro Hac Vice*)
   Douglas D. Janicik (*Admitted Pro Hac Vice*)
6  Erin N. Bass (325090)
   DENTONS US LLP
7  2398 East Camelback Road, Suite 850
   Phoenix, Arizona 85016-9007
8  Telephone: (602) 308-3900
   Facsimile:  (602) 308-3914
9  karl.tilleman@dentons.com
   erin.bass@dentons.com
10 doug.janicik@dentons.com

11 Attorneys for Plaintiff The Icon at Panorama, LLC

12                UNITED STATES DISTRICT COURT
13                CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  The Icon at Panorama, LLC, | Case No.: 2:19-CV-00181-CBM (MRW) |
| 15         Plaintiff, | |
| 16    vs. | **PLAINTIFF'S NOTICE OF INTENT NOT TO AMEND THE COMPLAINT AND REQUEST FOR STATUS CONFERENCE** |
| 17  Southwest Regional Council of Carpenters; Laborers International Union of North America Local 300; Daniel Langford, an individual; Alexis Olbrei, an individual; Ron Diament, an individual; Pete Rodriguez, an individual; Ernesto Pantoja, an individual; Sergio Rascon, an individual; Angel Olvera, an individual; SWAPE, LLC, a California limited liability company; Smith Engineering & Management, a California corporation; unnamed spouses of all named individual Defendants, and DOES 1 through 10, inclusive, | |
| 25 | |
| 26         Defendants. | |

Pursuant to the Court's Order re Motions to Dismiss (Doc. 95), Plaintiff The Icon at Panorama, LLC hereby provides notice that it does not intend to amend the complaint at this time.

Icon respectfully requests that the Court set a Scheduling Conference for the parties to set a discovery schedule at the first available date.

DATED: August 9, 2019          Respectfully submitted,

DENTONS US LLP


*/s/Susan M. Walker*
Susan M. Walker
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704

Karl M. Tilleman (*Admitted Pro Hac Vice*)
Douglas Janicik (*Admitted Pro Hac Vice*)
Erin N. Bass (325090)
2398 East Camelback Road, Suite 850
Phoenix, Arizona 85016-9007

Attorneys for Plaintiff The Icon at Panorama, LLC