EXHIBIT 14

# CERTIFIED FOR PUBLICATION

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION FOUR

**COURT OF APPEAL – SECOND DIST.**
**FILED**
Mar 30, 2022
DANIEL P. POTTER, Clerk
S. Veverka    Deputy Clerk

| | |
|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS et al.,<br><br>  Petitioners and Respondents,<br><br>  v.<br><br>CITY OF LOS ANGELES et al.,<br><br>  Defendants and Appellants;<br><br>THE ICON AT PANORAMA, LLC,<br><br>   Real Party in Interest and Appellant. | B301374<br><br>(Los Angeles County Super. Ct. No. BS175189)<br><br>ORDER CERTIFYING OPINION FOR PUBLICATION AND DENYING PETITION FOR REHEARING<br><br> [NO CHANGE IN JUDGMENT] |

THE COURT:

    The opinion in the above-entitled matter, filed on March 7, 2022, was not certified for publication in the Official Reports.  For good cause it now appears that the opinion should be certified for publication in its entirety in the Official Reports and it is so ordered.

There is no change in judgment.
The petition for rehearing is denied.

_____           _____           _____
MANELLA, P.J.,              CURREY, J.,                 MICON, J.*

---

\*      Judge of the Los Angeles County Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.