Desmond C. Lee (SBN 158952)
Shanley, APC
533 S. Fremont Ave., 9th Floor
Los Angeles, California 90071
dlee@shanleyapc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Icon at Panorama, LLC,<br><br>                                 Plaintiff(s)<br>        v.<br>Southwest Regional Council of Carpenters, et al.,<br><br>                                 Defendant(s). | CASE NUMBER<br>2:19-cv-00181 CBM (MRWx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [234]** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Benjamin M. Greenblum
*Applicant's Name (Last Name, First Name & Middle Initial*
(202) 434-5000     (202) 434-5029
*Telephone Number*     *Fax Number*
bgreenblum@wc.com
*E-Mail Address*

of Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Southwest Regional Council of Carpenters

*Name(s) of Party(ies) Represent*    ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Desmond C. Lee
*Designee's Name (Last Name, First Name & Middle Initial*
158952     (213) 488-4100     (213) 488-4180
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
dlee@shanleyapc.com
*E-Mail Address*

of Shanley, APC
533 S. Fremont Ave., 9th Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated: NOVEMBER 7, 2022

                                            *U.S. District Judge/U.S. Magistrate Judge*