Desmond C. Lee (SBN 158952)
Shanley, APC
533 S. Fremont Ave., 9th Floor
Los Angeles, California 90071
dlee@shanleyapc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Icon at Panorama, LLC,<br><br>           Plaintiff(s)<br>   v.<br><br>Southwest Regional Council of Carpenters, et al.,<br><br>           Defendant(s). | CASE NUMBER<br><br>2:19-cv-00181 CBM (MRWx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*  [236]** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Emily A. Rose — *Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 434-5000 — *Telephone Number*
(202) 434-5029 — *Fax Number*
erose@wc.com — *E-Mail Address*

of Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Southwest Regional Council of Carpenters

*Name(s) of Party(ies) Represent* — ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Desmond C. Lee — *Designee's Name (Last Name, First Name & Middle Initial)*
158952 — *Designee's Cal. Bar No.*
(213) 488-4100 — *Telephone Number*
(213) 488-4180 — *Fax Number*
dlee@shanleyapc.com — *E-Mail Address*

of Shanley, APC
533 S. Fremont Ave., 9th Floor
Los Angeles, California 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

**Dated:** NOVEMBER 7, 2022

_/s/ signature_
**U.S. District Judge/U.S. Magistrate Judge**