UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-0181-CBM(MRWx) | Date | JANUARY 23, 2023 |
| Title | THE ICON AT PANORAMA, LLC., V. SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, ET AL | | |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   **IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the above matter is set on the Court's calendar for a Telephonic hearing re Scheduling Conference on **JANUARY 24, 2023 at 9:00 a.m.**

Counsel should use a land line and handset from a quiet location, no speaker phone. Wait on the line until your case is called, while you are waiting, please mute your phone as the Court can hear all the noise in the background. The call in number will be given to the parties one day before the hearing.

Counsel and the parties are reminded that there is a general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or video conference) and any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying of a hearing, is **absolutely prohibited.**

IT IS SO ORDERED.

cc: all parties

| | | |
|---|---|---|
| CV-90 | CIVIL MINUTES - GENERAL | Initials of Deputy Clerk ys |