Desmond C. Lee (SBN 158952)
Shanley, APC
533 S. Fremont Ave., 9th Floor
Los Angeles, California 90071
dlee@shanleyapc.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Icon at Panorama, LLC,<br><br>v.<br>Plaintiff(s)<br><br>Southwest Regional Council of Carpenters, et al.,<br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-00181 CBM (MRW)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Danielle J. Barondess
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 434-5000     (202) 434-5029
*Telephone Number     Fax Number*

dbarondess@wc.com
*E-Mail Address*

of  Williams & Connolly LLP
680 Maine Ave SW
Washington, DC 20024

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Southwest Regional Council of Carpenters, Ron Diamant, Pete Rodriguez, Alexis Olbrei, Daniel Langford

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Desmond C. Lee
*Designee's Name (Last Name, First Name & Middle Initial)*

158952     (213) 488-4100     (213) 488-4180
*Designee's Cal. Bar No.   Telephone Number     Fax Number*

dlee@shanleyapc.com
*E-Mail Address*

of  Shanley, APC
533 S. Fremont Ave., 9th Floor
Los Angeles, California 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated: Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**