# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Icon at Panorama, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Southwest Regional Council of Carpenters, et al.<br><br>    Defendants. | Case No. 2:19-cv-00181-CBM-MRW<br><br>JOINT STIPULATION CONCERNING EXPERT DISCLOSURES |

    Pursuant to Local Rule 7-1, Plaintiff The Icon at Panorama, LLC and Defendants Southwest Regional Council of Carpenters; Laborers International Union of North America Local 300; Daniel Langford; Alexis Olbrei; Ron Diament; Pete Rodriguez; Ernesto Pantoja; Sergio Rascon; Angel Olvera; SWAPE, LLC; and Smith Engineering & Management (the "Parties") jointly stipulate to the following additional schedule for the exchange of expert disclosures:

    1.    No later than **October 27, 2023**, Plaintiff shall disclose to Defendants the identities of all expected expert witnesses, their CVs, and the subject matter of their expected testimony.

    2.    No later than **November 10, 2023**, Defendants shall disclose to Plaintiff the identities of all expected expert witnesses, their CVs, and the subject matter of their expected testimony. Defendants shall indicate whether any expert witness is designated as a rebuttal witness only.

    3.    No later than **November 22, 2023**, and only if necessary in response to Defendants' disclosures as set forth in the preceding paragraph, Plaintiff shall disclose to Defendants the identities and CVs of all expected rebuttal expert witnesses. For each witness disclosed pursuant to this paragraph, Plaintiff shall identify the subject matter of the witness's expected testimony from

among the subject matter of expected expert testimony disclosed by Defendants pursuant to the preceding paragraph.

4. All case management deadlines, as set forth in the Court's Order to Re-Set Case Management Dates, dated March 6, 2023, *see* ECF No. 264, shall remain unchanged.

5. The Parties have conferred and agreed that the additional schedule set forth above will expedite discovery and promote an efficient disposition of the litigation.

6. Pursuant to L.R. 7-1 and L.R. 52-4.1, a proposed order is separately submitted with this Joint Stipulation.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Date: August 1, 2023                    MORRISON & FOERSTER LLP

*/s/ Whitney O'Byrne*
_____

Whitney O'Byrne
Alex Okuliar
Christopher Adler
Matthew Ladew

Attorneys for Plaintiff The Icon at Panorama, LLC


REICH, ADELL & CVITAN, A PLC

*/s/*
_____

Laurence S. Zakson
Alexander B. Cvitan
William Y. Sheh
Aaron G. Lawrence

Attorneys for Defendants Laborers International
Union of North America Local 300, Ernesto Pantoja,

2

Sergio Rascon, Angel Olvera, and Smith Engineering and Management

TYSON & MENDES, LLP

_____

Mitchell B. Malachowski
Kristi Blackwell
Sam Camp

Attorneys for Defendant SWAPE, LLC

SHANLEY APC

_____

Daniel M. Shanley
Desmond C. Lee
Giovanni Chavez

WILLIAMS & CONNOLLY LLP

_____

Edward Reddington
Benjamin Greenblum
Emily Rose
William D. Ferraro
Danielle Barondess

Attorneys for Defendants Southwest Regional Council of Carpenters, Daniel Langford, Alexis Olbrei, Ron Diament, and Pete Rodriguez