# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Icon at Panorama, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>Southwest Regional Council of Carpenters, et al.<br><br>        Defendants. | Case No. 2:19-cv-00181-CBM-MRW<br><br>PROPOSED ORDER REGARDING EXPERT DISCLOSURES |

Upon consideration of the Parties' Joint Stipulation Concerning Expert Disclosures, it is hereby ordered as follows:

1.      No later than **October 27, 2023**, Plaintiff shall disclose to Defendants the identities of all expected expert witnesses, their CVs, and the subject matter of their expected testimony.

2.      No later than **November 10, 2023**, Defendants shall disclose to Plaintiff the identities of all expected expert witnesses, their CVs, and the subject matter of their expected testimony.  Defendants shall indicate whether any expert witness is designated as a rebuttal witness only.

3.      No later than **November 22, 2023**, and only if necessary in response to Defendants' disclosures as set forth in the preceding paragraph, Plaintiff shall disclose to Defendants the identities and CVs of all expected rebuttal expert witnesses.  For each witness disclosed pursuant to this paragraph, Plaintiff shall identify the subject matter of the witness's expected testimony

from among the subject matter of expected expert testimony disclosed by Defendants pursuant to the preceding paragraph.

IT IS SO ORDERED.

DATED:_____                              _____

                                                            HON. MICHAEL R. WILNER  
                                                            United States Magistrate Judge