# EXHIBIT 1

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ICON0073257



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ICON0073258



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ICON0073259