1  Desmond C. Lee (SBN 158952)          dlee@shanleyapc.com
2  SHANLEY, APC
3  533 S. Fremont Ave., 9th Floor
   Los Angeles, California, 90071
4  Telephone: (213) 488-4100

5  Edward C. Reddington (*pro hac vice*)     ereddington@wc.com
6  Charles Davant (*pro hac vice*)           cdavant@wc.com
   William D. Ferraro (*pro hac vice*)       wferraro@wc.com
7  Danielle J. Barondess (*pro hac vice*)    dbarondess@wc.com
8  WILLIAMS & CONNOLLY LLP
   680 Maine Ave. S.W.
9  Washington, DC  20024
10 Telephone: (202) 434-5000

11 *Attorneys for Defendants Southwest Regional*
12 *Council of Carpenters, Pete Rodriguez, Ron*
   *Diament, Alexis Olbrei, and Daniel Langford*
13

14           **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
15

16 THE ICON AT PANORAMA,              Case No. 2:19-cv-00181 CBM (MRW)
   LLC,
17          Plaintiff,

18
19      v.                            **APPLICATION FOR LEAVE**
                                      **TO FILE UNDER SEAL**
20 SOUTHWEST REGIONAL
   COUNCIL OF CARPENTERS, et
21 al.,
22          Defendants.

23                                    Hearing Date: January 30, 2024
                                      Time:    10:00 a.m.
24                                    Place:   Courtroom 8D
                                      Before:  Hon. Consuelo B. Marshall
25

26      Dated:    January 16, 2024

27

1   Concurrent with this Application, Defendants Southwest Regional

2   Council of Carpenters, Daniel Langford, Alexis Olbrei, Ron Diament, and

3   Pete Rodriguez (the "Carpenters defendants") are filing their Reply in Support

4   of Motion for Terminal Sanctions or to Exclude Improperly Obtained and

5   Selectively Preserved Evidence (the "Reply") and associated materials and

6   exhibits.

7   Pursuant to Local Rule 79-5, the Carpenters defendants respectfully

8   submit this Application for Leave to File Under Seal certain information

9   designated by Plaintiff The Icon at Panorama, LLC as "Confidential" or

10  "Highly Confidential."

11  ***The Carpenters defendants make this application solely because Plaintiff Icon***

12  ***has insisted that certain information Icon has designated as confidential must be***

13  ***filed under seal.  The Carpenters defendants thus make this application solely so***

14  ***that Icon can present its arguments to the Court, and so that information that Icon***

15  ***contends must be kept under seal is not made available on the public court record in***

16  ***possible violation of this Court's protective order until the Court has the opportunity***

17  ***to rule on this application.***

18

19  **BACKGROUND**

20  Before filing the Reply, counsel for the Carpenters defendants contacted

21  counsel for Icon on January 13, 2024, regarding whether Icon contended that

22  certain information designated by Icon as "Confidential" or "Highly

23  Confidential" under the Protective Order in this matter (ECF No. 272) met the

24  standards to be filed under seal.  Ferraro Decl. ¶ 3.

25  On January 15, 2024, counsel for Icon identified information that Icon

26  contended required sealed status.  Ferraro Decl. ¶ 3.  The document proposed

27

1   to be filed under seal is attached hereto as Exhibit A, and portions are

2   referenced in the Reply, attached hereto as Exhibit B.

3        Exhibit A includes 12 pages of the deposition transcript of Billy

4   Ruvelson.  This portion of Mr. Ruvelson's deposition involves testimony

5   regarding: the fact that two successive Attorney Generals of California

6   supported the unions' position in the state-court litigation under the California

7   Environmental Quality Act (CEQA) that Icon now claims was frivolous; Mr.

8   Ruvelson's support for Nathan Hochman, a candidate running for Attorney

9   General of California; the likelihood of reform to CEQA via the legislative

10  process; and the legality of project labor agreements between unions and

11  developers.  The last page of the 12-page passage in question mentions Icon's

12  offering memorandum.

13       Icon asserts that these 12 pages must be filed under seal because they

14  involve "protected speech" and "political advocacy" and because one page

15  refers to Icon's offering memorandum.  Ferraro Decl., Exhibit C.  Icon also

16  incorrectly speculates that the information is attached to the Reply out of

17  "spite." *Id.*  The information is included because it is admissible fact discovery

18  that sheds light on Icon's motives in filing the federal lawsuit at issue here.

19       Exhibit B is the Carpenters' Reply.  In addition to information contained

20  in Exhibit A, the Reply references information that is currently the subject of a

21  pending Application for Leave to File Under Seal (ECF No. 304).  Ferraro

22  Decl. ¶¶ 4–6.  The Carpenters defendants have redacted references to the

23  information in their Reply.

24

25  **ARGUMENT**

26       "That the information may have been designated confidential pursuant

27  to a protective order is not sufficient justification for filing under seal."  L.R. 79-

1   5.2.2.  Instead, the Local Rules of this Court establish "the standards that will

2   be applied when a Party seeks permission from the court to file material under

3   seal." *Id.*  Those Rules require that the proponent of filing under seal (here,

4   Icon) establish "good cause or compelling reasons why the strong presumption

5   of public access in civil cases should be overcome." *Id.*

6        The Carpenters defendants seek leave to file under seal solely because

7   Icon insists that the particular items of information discussed above and

8   attached hereto meet the standards for filing under seal.

9

10                              **CONCLUSION**

11        If the Court is persuaded by Icon's argument that the aforementioned

12  information qualifies for sealing, the Carpenters defendants respectfully request

13  that the Court grant their Application for Leave to File Under Seal and enter

14  the accompanying Proposed Order.

15        If the Court rejects Icon's argument that the information qualifies for

16  sealing, the Carpenters defendants respectfully request that the Court order the

17  unredacted materials be filed on the public record.

18

19                              Respectfully submitted,

20

21  DATED:  January 16, 2024          SHANLEY APC

22

23          */s/ Desmond C. Lee*
            Desmond C. Lee (SBN 158952)

24          dlee@shanleyapc.com
            SHANLEY, APC

25          533 South Fremont Avenue, Ninth

26          Floor
            Los Angeles, California 90071-1706

27          Telephone: (213) 488-4100

1

2   Edward Reddington (pro hac vice)
    ereddington@wc.com
3   Charles Davant (pro hac vice)
    cdavant@wc.com
4   William D. Ferraro (pro hac vice)
    wferraro@wc.com
5
    Danielle J. Barondess (pro hac vice)
6   dbarondess@wc.com
    WILLIAMS & CONNOLLY LLP
7   680 Maine Ave.
    Washington, DC 20024
8   Telephone:  (202) 434-5000
9
    *Attorneys for Defendants Southwest
10  *Reg'l Council of Carpenters, Daniel
    *Langford, Alexis Olbrei, Ron Diament
11  *and Pete Rodriguez*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that the foregoing Application and supporting exhibits were

3  served on all counsel of record via CM/ECF.

4

5

6  Dated:  January 16, 2024                   */s/  Desmond Lee*

7                               Desmond Lee (SBN 158952)

8                               SHANLEY, APC

9                               533 South Fremont Avenue, Ninth Floor

10                           Los Angeles, California 90071-1706

                                 Telephone: (213) 488-4100

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

APPLICATION FOR LEAVE TO FILE UNDER SEAL
5