1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

12
13
14

| The Icon at Panorama, LLC, | Case No. 2:19-CV-00181-CBM-MRW |
|---|---|
| Plaintiff, | Judge: Hon. Consuelo B. Marshall |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN FACT DISCOVERY AND MODIFY THE SCHEDULING ORDER** |
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, et al., | |
| | Date:  February 27, 2024 |
| | Time:  10:00 am |
| | Dept.:  Courtroom 8D |

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

sf-5733351

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on February 27, 2024, Plaintiff, The Icon at Panorama, LLC ("Icon"), moved this Court for a motion to reopen fact discovery and amend the scheduling order.

Upon consideration of the papers and the parties' respective arguments, **IT IS HEREBY ORDERED AS FOLLOWS:**

1.     Discovery is reopened for three months and the other case deadlines are extended accordingly, with a new fact discovery cut-off date of _____, 2024 so that Icon may obtain the discovery to which it is entitled, including, if necessary: (1) bringing a motion before Magistrate Judge Wilner to reopen the 30(b)(6) testimony of Sergio Rascon, Ernesto Pantoja, and Daniel Langford and compel Defendants to produce properly prepared witnesses on the previously noticed 30(b)(6) topics; and (2) issuing Rule 45 subpoenas to Richard Drury for documents and testimony.

**IT IS SO ORDERED.**

Dated: _____, 2024          _____
                                                              Hon. Consuelo B. Marshall
                                                              United States District Judge

[PROPOSED] ORDER GRANTING MOTION TO REOPEN FACT DISCOVERY AND
MODIFY THE SCHEDULING ORDER

sf-5733351