UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-CV-00181-CBM-MRWx | Date | April 4, 2024 |
| Title | The Icon at Panorama, LLC v. Southwest Regional Council Of Carpenters, et al. | | |

Present: The Honorable     CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

Proceedings:     **IN CHAMBERS- ORDER RE: PLAINTIFF THE ICON AT PANORAMA, LLC'S *EX PARTE* APPLICATION TO CONSOLIDATE SUMMARY JUDGMENT HEARINGS AND SET SUMMARY JUDGMENT BRIEFING SCHEDULE   [365]**

The matter before the Court is Plaintiff The Icon at Panorama, LLC's ("Icon") *Ex Parte* Application to Set Summary Judgment Schedule.  (Dkt No. 365 (the "Application").)  Plaintiff seeks an order to (1) limit Defendants to one additional consolidated motion for summary judgment to be briefed according to Plaintiff's proposed briefing schedule and (2) consolidate all summary judgment hearings to May 21, 2024.  Defendants filed an Opposition to the Application.  (Dkt. No. 372.)  Defendants do not object to filing a single consolidated brief but suggest extending the word limit to 14,000 words.  However, Defendants have not set forth any good cause justifying the need for such an extension.

Accordingly, the Court **GRANTS in part** and **DENIES in Part** the Application as follows:
- The scheduled hearing on Defendants' Motion for Summary Judgment on *Noerr Pennington* grounds shall remain as set for April 30, 2024.  (Dkt. No. 359)
- The briefing schedule on Defendants' Motion for Summary Judgment on *Noerr Pennington* grounds shall be determined pursuant to the local rules.  (*See* L.R. 7-9, 7-10.)
- Defendants shall be limited to one additional consolidated motion for summary judgment subject to the limitations set forth pursuant to the local rules.  (*See* L.R. 11-6.)
- The briefing schedule on Defendants anticipated Motion for Summary Judgment shall be set pursuant to the local rules and the existing Scheduling Order. (*See* Dkt. No. 264; L.R. 6-1.)

**IT IS SO ORDERED.**