ALEXANDER OKULIAR (*Pro Hac Vice*)
AOkuliar@mofo.com
DAVID J. SHAW (*Pro Hac Vice*)
DShaw@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC  20037
Telephone:  202.887.1500
Facsimile:   202.887.0763

RACHEL FELDMAN (CA SBN 329275)
RFeldman@mofo.com
TIMOTHY A. TROST (CA SBN 340843)
TTrost@mofo.com
CHRISTOPHER R. ADLER (CA SBN 346588)
CAdler@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California  90017-3543
Telephone:  213.892.5200
Facsimile:   213.892.5454

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California  91101
Telephone:  626.508.1717
Facsimile:   626.508.1730

Attorneys for Plaintiff
THE ICON AT PANORAMA, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ICON AT PANORAMA, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-CV-00181-CBM-MRW<br>Judge:  Hon. Consuelo B. Marshall<br><br>**NOTICE OF *ERRATA* RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY OF JUDGMENT**<br><br>Date:     April 30, 2024<br>Time:    10:00 a.m.<br>Dept.:    8D |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND DEFENDANTS:**

**PLEASE TAKE NOTICE** that on April 9, 2024, Plaintiff, The ICON at Panorama, LLC ("Plaintiff"), submitted Plaintiff's Application for Leave to File Under Seal, Proposed Order Granting Leave to File Under Seal, the Declaration of Timothy Trost in Support of Plaintiff's Application for Leave to File Under Seal, and the Redacted and Unredacted versions of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder ("Opposition"). Due to extensive and recurring technical difficulties, Plaintiff was not able to e-file further pleadings related to their Opposition. Among other issues, these technical difficulties lead to Plaintiff e-filing the Application for Leave to File Under Seal twice [ECF 374 and ECF 375]. A call was made to the clerk of the court to inform them of the error, and at the suggestion of the clerk, we also contacted Carlos at the ECF Help Desk, who indicated that errors such as this may be caused by browser issues. We informed both the clerk and Carlos that we would be re-filing the Opposition in its entirety.

Plaintiff served Defendant on April 9, 2024 with unredacted copies of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder; Plaintiff's Statement of Genuine Disputes of Material Fact and Separate Supporting Facts; the Declaration of Timothy Trost in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder and Exhibits 1-121, the Declaration of Eran Fields in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder and Exhibits 1-4, the Declaration of Chris Joseph in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder, the Declaration of William Ruvelson in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder and Exhibits 1-4, the Declaration of Darren Levitt and Exhibits A-I, and the Declaration of Gary Levitt. [ECF No. 380].

NOTICE OF *ERRATA* RE PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

In order to provide the Court with a clear and complete record of Plaintiff's Opposition and for the convenience of the Court, Plaintiff has re-filed the documents that were e-filed yesterday including: Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder; the Declaration of William Ruvelson in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder and Exhibits; and the Declaration of Eran Fields in Support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment and Joinder and Exhibits. Plaintiff has filed additional related documents today, which due to recurring technical difficulties, could not be filed yesterday. Plaintiff genuinely regrets any inconvenience this may have caused the Court. The filing of these documents and this *errata* will not cause any prejudice to Defendant Laborers International Union of North America, Local 300, Sergio Rascon, Ernesto Pantoja, Angel Olvera and Smith Engineering Management (collectively "Laborers"), the Southwestern Regional Council of Carpenters, Alexis Olbrei, Ron Diament, Daniel Langford, and Pete Rodriguez (collectively "Carpenters") or SWAPE, LLC (together "Defendants") as they received copies of all of the unredacted documents on April 9, 2024. [ECF No. 380].

As many of the documents being filed today have been requested to be filed under seal, we respectfully request the Court to refer to the ECF Docket Nos. 381 through 388, as well as mandatory chambers copies which will be delivered to the Court.

Dated: April 10, 2024

MORRISON & FOERSTER LLP

By: */s/ David J. Shaw*
David J. Shaw

*Attorneys for Plaintiff*
THE ICON PANORAMA, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2024, the within document was filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to the attorneys of record in the case.

*/s/ David J. Shaw*
David J. Shaw