ALEXANDER OKULIAR (*Pro Hac Vice*)
AOkuliar@mofo.com
DAVID SHAW (*Pro Hac Vice*)
DShaw@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: 202.887.1500
Facsimile: 202.887.0763

RACHEL FELDMAN (CA SBN 329275)
RFeldman@mofo.com
TIMOTHY TROST (CA SBN 340843)
TTrost@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

SEAN P. GATES (CA SBN 186247)
SGates@charislex.com
CHARIS LEX P.C.
301 N. Lake Ave., Suite 1100
Pasadena, California 91101
Telephone: 626.508.1717
Facsimile: 626.508.1730

Attorneys for Plaintiff
THE ICON AT PANORAMA, LLC

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ICON AT PANORAMA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, et al., <br><br> Defendants. | Case No. 2:19-CV-00181-CBM-MRW <br> Judge: Hon. Consuelo B. Marshall <br><br> **DECLARATION OF SEAN P. GATES IN SUPPORT OF OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION FOR SUMMARY JUDGMENT** <br><br> Date: May 21, 2024 <br> Time: 10:00 am <br> Courtroom: 8D |

I, Sean P. Gates, declare as follows:

1. I am a member of the bar of the State of California and a shareholder of the law firm of Charis Lex P.C., counsel of record for Plaintiff The Icon at Panorama, LLC in this action. I make this declaration based on my personal knowledge and, if called upon to do so, could and would testify competently thereto.

2. I submit this declaration in support of Plaintiff's Opposition to Defendants' Consolidated Motion for Summary Judgment.

3. Attached hereto as **Exhibit 1** are true and correct excerpts of the deposition of Daniel Smith, taken on October 3, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct excerpt of the deposition of Milena Zasadzien, taken on August 31, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct excerpt of the deposition of Matthew Hagemann, taken on October 2, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct excerpt of the deposition of Paul Habibi, taken on March 19, 2024.

7. Attached hereto as **Exhibit 5** is a true and correct excerpt of the deposition of Jon P. Preciado, taken on November 6, 2023.

8. Attached hereto as **Exhibit 6** is a true and correct copy of Exhibit 648 to the deposition of David Pintar, taken on September 13, 2023.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Master Labor Agreements between The Icon at Panorama, LLC, laborers, and carpenters[1] and a roster of contractors that are signatories with the Laborers' Union in the Los Angeles Area[2]. I

---

[1] Current versions publicly available at: https://www.scdcl.org/masteragreement, *last visited* April 30, 2024; https://sccaweb.org/labor-relations/labor-agreements/, *last visited* April 30, 2024; https://www.dol.gov/sites/dolgov/files/olms/regs/compliance/cba/pdf/2016/private_/9477.pdf, *last visited* April 30, 2024.

[2] Available at: https://www.lecetsouthwest.org/contractors/contractor-directory/, *last visited* April 30, 2024, with search filter applied for "Los Angeles Area."

caused these documents to be obtained from publicly available sources online at the website addresses provided in footnotes 1 and 2.

10. Attached hereto as **Exhibit 8** is a true and correct excerpt of the deposition of David Pintar, taken on September 13, 2023.

11. Attached hereto as **Exhibit 9** is a true and correct excerpt of the deposition of Eran Fields, taken on September 22, 2023.

12. Attached hereto as **Exhibit 10** is a true and correct excerpt of the deposition of William Ruvelson, taken on September 19, 2023.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an email between Eran Fields and William Ruvelson, dated August 7, 2018, produced in this case and Bates-stamped ICON0063007.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an email between Ernesto Pantoja and Eran Fields, dated May 26, 2018, produced in this case and Bates-stamped ICON0038686.

15. Attached hereto as **Exhibit 13** is a true and correct excerpt of the deposition of Ernesto Pantoja, taken on September 27, 2023.

16. Attached hereto as **Exhibit 14** is a true and correct copy of emails between counsel for the parties to this litigation.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Exhibit 502 to the deposition of Geoffrey Palmer, taken on February 27, 2023.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on April 30, 2024, in Glendale, CA.

*/s/ Sean P. Gates*
Sean P. Gates