UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | 2:19-cv-00181-CBM-(MRWx) |
| Title | The Icon at Panorama, LLC v. Southwest Regional Council of Carpenters et al |
| Date | June 24, 2024 |

Present: The Honorable   CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:**   **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that the following pending motions are denied without prejudice:

- Defendants' Motion for Summary Judgment on Noerr-Pennington grounds (Dkt. No. 359);
- Plaintiff's Application for Leave to File Under Seal its Opposition to Motion for Summary Judgment on Noerr-Pennington grounds (Dkt. Nos. 374, 375);
- Plaintiff's Application for Leave to File Under Seal materials associated with its Opposition to Motion for Summary Judgment on Noerr-Pennington grounds (Dkt. No. 381);
- Defendants' *Ex Parte* Application to Strike Dkt. Nos. 378, 379, and 381-387 for Untimeliness and Noncompliance with Sealing Rules (Dkt. No. 391);
- Defendants' Application for Leave to File Under Seal its Motion to Exclude Untimely "Reply Rebuttal" Expert Opinions (Dkt. No. 394);
- Defendants' Motion to Exclude Plaintiff's Untimely "Reply Rebuttal" Expert Opinions (Dkt. No. 396);
- Defendants' Application for Leave to File Under Seal the Expert Report of Chris Joseph (Dkt. No. 397);
- Defendants' Motion to Exclude Testimony of Chris Joseph (Dkt. No. 399);
- Defendant's Consolidated Motion for Summary Judgment (Dkt. No. 408);
- Defendant's Motion to Exclude Testimony of Dr. James D. Ratliff (Dkt. No. 409);
- Plaintiff's Motion to Strike Defendants' Rebuttal Opinions (Dkt. No. 410); and
- Defendant's *Ex Parte* Application to Vacate Pretrial Conference and Trial Dates and Set a Case Management Conference (Dkt. No. 431).

Case is now closed pursuant to the joint Stipulation to Dismiss Case filed on June 20, 2024 (Dkt. No. 435).

**IT IS SO ORDERED.**